824

No. 151. MARTIN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh, Carl M. Walsh,* and *Eleanor Waters Walsh* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 152. ANGELUS FUNERAL HOME *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Leo Branton, Jr.,* and *William B. Murrish* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Harry Baum,* and *Bennet N. Hollander* for respondent.

No. 156. TAUFERNER ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Eks Ayn Anderson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Jonathan S. Cohen,* and *Edward Lee Rogers* for the United States.

No. 159. CROWN MACHINE & TOOL CO. *v.* D & S INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Howard T. Markey* for petitioner. *Carl Hoppe* for respondents.

No. 162. RICHARD *v.* TRAVELERS INSURANCE CO. ET AL. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner. *J. J. Davidson, Jr.,* for respondents.

No. 163. AGORANOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Eli H. Subin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.